UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RANDY OLSEN,<br><br>             Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>             Defendant. | No. CV-09-317-JPH<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND<br><br>(Ct. Rec. 18) |

BEFORE THE COURT is the parties stipulated motion to remand this case to the Commissioner for further administrative proceedings (**Ct. Rec. 18**). Maureen J. Rosette represents plaintiff. Special Assistant United States Attorney Daphne Banay represents defendant. The parties have consented to proceed before a magistrate judge (Ct. Rec. 7).

After considering the stipulated motion (Ct. Rec. 18), **IT IS ORDERED** that the **motion is GRANTED. The case is REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including:

1. The ALJ will further evaluate the opinions of Ms. Jamieson-Turner, Dr. Rosenkrans, Dr. Mabee, Dr. Bailey and Dr.

ORDER GRANTING STIPULATED MOTION FOR ORDER OF REMAND - 1

Beaty and explain the reasons for the weight given (Tr. 192-241, 279-288).

    2. The ALJ will reevaluate plaintiff's RFC.

    3. The ALJ will obtain as necessary supplemental vocational expert testimony.

    4. The ALJ will consider the evidence in the subsequent claim file.

Because this remand is pursuant to sentence four with a remand to the Commissioner for further proceedings (*see Melkonyan v. Sullivan*, 501 U.S. 89 (1991)), plaintiff is entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412 (a), (d), upon proper request to this Court.

IT IS FURTHER ORDERED:

    1. The parties' stipulated motion for an order of remand (Ct. Rec. 18) is **GRANTED.**

    2. Judgment shall be entered for **PLAINTIFF.**

    3. An application for attorney fees and costs may be filed by separate motion.

    4. The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE** the file.

**IT IS SO ORDERED.**

**DATED** this 8th day of September, 2010.

                                  *s/James P. Hutton*
                                JAMES P. HUTTON
                    UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR ORDER OF REMAND - 2