# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

RANDY OLSEN,                          )
                                     )
        Plaintiff,          )
                                     )        NO.   CV-09-317-JPH
    vs.                          )
                                     )        **JUDGMENT IN A**
MICHAEL J. ASTRUE,                    )        **CIVIL CASE**
Commissioner of Social Security,      )
                                     )
        Defendant.          )
                                     )
_____)

**STIPULATION BY THE PARTIES:**

    The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

    **IT IS ORDERED AND ADJUDGED** that:

    The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

    DATED this 8th day of September, 2010.

                                JAMES R. LARSEN
                                District Court Executive/Clerk

                              by: ___ s/ Karen White_____
                                   Deputy Clerk

cc: all counsel